**Motion for Rehearing Granted; Memorandum Opinion filed January 30, 2020 Withdrawn; Appeal Reinstated; and Order filed March 12, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00761-CV
_____

### KATHERINE MILLIKEN AND CHARLES MULHALL, Appellants

### V.

### LUCY TUROFF, Appellee

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2016-16699**

## ORDER

On January 30, 2020, this court issued an opinion dismissing this appeal. On February 3, 2020, appellants filed a motion for rehearing. We requested a response to the motion from appellee. *See* Tex. R. App. P. 49.2 ("A motion [for rehearing] will not be granted unless a response has been filed or requested by the court."). No response has been filed.

We grant the motion and order as follows:

1. This court's opinion filed January 30, 2020 is withdrawn, and our judgment of that date is vacated.

2. The appeal is reinstated.

3. At appellants' request, the reply brief filed by appellants on November 25, 2019 in appeal number 14-17-00282-CV, *Katherine Milliken and Charles Mulhall v. Lucy Turoff*, shall be filed by the clerk of the court in this appeal as appellants' brief.

4. Appellee's brief is due by **April 13, 2020**.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.